# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BYDZYNE, INC., a Wyoming corporation., <br><br> Plaintiff, <br><br> v. <br><br> SAMER YORDE, an individual; PAULA LANDINO, an individual; SERVICIOS MILLONARIOS, LLC, a Florida limited liability company; and DOES 1 through 25, inclusive, <br><br> Defendant. | Case No. 8:23-cv-01905-DOC-ADS <br><br> District Judge: David O. Carter <br> Magistrate Judge: Autumn D. Spaeth <br><br> **AGREED PERMANENT INJUNCTION** <br><br><br> Complaint Filed:   10/04/2023 <br> Trial Date:     Not Set |

Pending before the Court is Plaintiff ByDzyne, Inc.'s ("ByDzyne") and Defendants Samer Yorde ("Yorde"), Paula Landino ("Landino"), and Servicios Millonarios, LLC ("SM") (collectively, "Defendants") Joint Application for Entry of Agreed Permanent Injunction. (ByDzyne and Defendants are collectively referred to as the "Parties.") The Parties have advised the Court that they request the Court enter the following Agreed Permanent Injunction (the "Order"), and that they have fully and

-1-
**AGREED PERMANENT INJUNCTION**

completely consented to and agreed to be bound by this Order,[1] and have reached a settlement in this case.

After considering the application, the record, the relevant authorities, and in light of the agreement of the Parties, the Court finds that there is good cause to grant this Order. The Court further finds that ByDzyne is entitled to the Agreed Permanent Injunction in this matter, that it has made all necessary findings to support the entry of this Order, and that the Parties hereto waive any other findings of procedural requirements necessary to support entry of this Order.

Based on the Parties' agreement and the Court's findings, it is hereby **ORDERED** as follows:

Defendants are enjoined and restrained, both directly and indirectly from engaging in any of the following:

    a. Defendants, either directly, indirectly, or in concert with any third party, shall permanently not disparage and/or defame ByDzyne or any of its employees, officers, shareholders, vendors, independent contractors, brand ambassadors ("ByDzyne independent distributors") or agents. This injunction applies whether the statements are made in person, videos, audios, on any and all social

---

[1] The Parties have stipulated, and the Court now finds, that all parties enjoined by the Order have waived all rights to seek judicial review or otherwise challenge or contest the validity of this Order, whether directly or collaterally.

media platforms, by email, by telephone, or by any electronic form of communication.

b. That, through September 10, 2025, Defendants, either directly, indirectly, or in concert with any third party, shall not solicit any ByDzyne independent distributor to join and/or participate in any other multi-level marketing company, direct sales company, network marketing company, affiliate program, or any FX brokers trading accounts. For avoidance of doubt, the term "solicit" shall mean to directly contact ByDzyne independent distributors in person, through text message, email, telephone, WhatsApp messaging, social media direct messaging, Telegram messaging, or any other similar types of electronic messaging. The term "solicit" shall not include communications by Defendants that were made in response to an initial inquiry by a ByDzyne independent distributor who are seeking to learn more about another multi-level marketing company, direct sales company, network marketing company, or affiliate program as long as Defendants did not cause such initial solicitation through the sources mentioned above.

c. Within 24 hours of the date of executing this injunction by the parties, Defendants shall remove and/or take down all prior or current social media posts regarding ByDzyne that were made on

any of Defendants' social media accounts. "Regarding ByDzyne" includes references to the Defendants' prior company or other such general description which makes it reasonably clear that they are referring to ByDzyne. If a post has not been removed by such date, ByDzyne shall provide notice of the post, in which event, Defendants shall remove the post no later than twenty-four (24) hours of receiving such notice. Notice shall be made to paulalandino@gmail.com and sameryorde@gmail.com.

d. Within 24 hours of the date of executing this injunction by the parties, Defendants shall terminate all channels, WhatsApp and Telegram accounts in which they used to promote ByDzyne's products and/or services (the "Accounts"). Defendants, either directly, indirectly, or in concert with any third party, shall not indicate in the Accounts why the Accounts are being terminated. Also, Defendants, either directly, indirectly, or in concert with any third party, shall not use the Accounts to redirect, suggest, or influence its participants to join or switch to another account or platform intended for electronic communication.

e. Defendants, either directly, indirectly, or in concert with a third party, shall not use, employ, or misappropriate ByDzyne's confidential and proprietary information. Confidential and proprietary information

shall be defined as information and reports that was provided to Defendants regarding ByDzyne's business, products, volumes, sales data, trade secrets, intellectual property, its network, identity and contact information on ByDzyne's distributors and customers, and sales information.

Other than the injunctive relief granted hereby, the Court **ORDERS** that any other claims by and between the parties are **DISMISSED WITHOUT PREJUDICE** and that this case is closed.

The Court further **ORDERS** that it shall retain jurisdiction over this matter solely to enforce the Order, hold contempt hearings and/or other proceedings to enforce this Order, and to issue any relief the Court deems appropriate should any of the Parties violate this Order.

This Final Judgement and Agreement Permanent Injunction shall be entered as a final judgment under Federal Rules of Civil Procedure 64 and 58(a).

**SIGNED** on November 8, 2023.

*/s/ David O. Carter*
_____
**HON. DAVID O. CARTER**
**UNITED STATES DISTRICT JUDGE**